**FILED**

January 20, 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____  SM _____
                              DEPUTY

# *UNITED STATES DISTRICT COURT*

*for the*

*Western*_____ *District of _ Texas* Waco Division _____

)

)

      ,                                   *Civil Action No.*

                                               **6:23-cv-036**

)

)

)

       *Plaintiff; Adrian, Gilliard Pro se*


            *Defendants Grosebeck Police Department*

*Chief Chris Henson,Officer John Blanco, Limestone*

*District Attorney Office Assistant County Attorney*

*Kathleen Coffey*

Adrian Gilliard

P O Box 702

████████

Groesbeck Tx, 76642

mracgill@gmail.com


Chief Chris Henson




903 Yeagua st

Groesbeck Tx,76642

████████

Officer John Blonc

903 Yeagua s

Groesbeck Tx,76642

████████

Kathleen Coffey

200 W State suite 101

2

## Jurisdiction Plea

This case is in the jurisdiction of this Court because it is invoked under 28

U.S. Code § 1343

█████████

P O Box 702

Groesbeck Tx, 76642

mracgill@gmail.com

Chief Chris Henson

## Table of contents

1. JurisdictionPlea.................................................................pg.3

2.Introduction......................................................................pg4

3.Statues............................................................................pg26

4.Allegation........................................................................pg27

5.Facts of Complaint.............................................................pg33

6.Conclusion.......................................................................pg34

7.Prayer..............................................................

8.Certificate of Service

3

## Seizure Of Property

Art. 18.09.  SHALL SEIZE ACCUSED AND PROPERTY.  When the property which the officer is directed to search for and seize is found he shall take possession of the same and carry it before the magistrate.  He shall also arrest any person whom he is directed to arrest by the warrant and immediately take such person before the magistrate.  For purposes of this chapter, "seizure," in the context of property, means the restraint of property, whether by physical force or by a display of an officer's authority, and includes the collection of property or the act of taking possession of property.

Acts 1965, 59th Leg., vol. 2, p. 317, ch. 722.  Amended by Acts 1973, 63rd Leg., p. 984, ch. 399, Sec. 2(E), eff. Jan. 1, 1974.

Amended by:

Acts 2005, 79th Leg., Ch. 1026 (H.B. 1048), Sec. 2, eff. September 1, 2005.

Art. 18.11. CUSTODY OF PROPERTY FOUND.  Property seized pursuant to a search warrant shall be kept as provided by the order of a magistrate issued in accordance with Article 18.10 of this code.

Art. 18.23.  EXPENSES FOR MOTOR VEHICLE TOWED AND STORED FOR CERTAIN PURPOSES.  (a)  A law enforcement agency that directs the towing and storage of a motor vehicle for an evidentiary or examination purpose shall pay the cost of the towing and storage.

(b)  Subsection (a)  applies whether the motor vehicle is taken to or stored on property that is:

(1)  owned or operated by the law enforcement agency; or

(2)  owned or operated by another person who provides storage services to the law enforcement agency, including:

(A)  a governmental entity; and

(B)  a vehicle storage facility, as defined by Section 2303.002, Occupations Code.

(c)  Subsection (a)  does not require a law enforcement agency to pay the cost of:

(1)  towing or storing a motor vehicle for a purpose that is not an evidentiary or examination purpose, including towing or storing a vehicle

11

that has been abandoned, illegally parked, in an accident, or recovered after being stolen; or

(2)  storing a motor vehicle after the date the law enforcement agency authorizes the owner or operator of the property to which the vehicle was taken or on which the vehicle is stored to release the vehicle to the vehicle's owner.

(d)  This subsection applies only to a motor vehicle taken to or stored on property described by Subsection (b)(2).  After a law enforcement agency authorizes the release of a motor vehicle held for an evidentiary or examination purpose, the owner or operator of the storage property may not have paid the cost of the towing and storage.

(e)  Subchapter J, Chapter 2308, Occupations Code, does not apply to a motor vehicle directed by a law enforcement agency to be towed and stored for an evidentiary or examination purpose.

Added by Acts 2005, 79th Leg., Ch. 1197 (H.B. 480), Sec. 1, eff. September 1, 2005.

Amended by:

Acts 2007, 80th Leg., R.S., Ch. 1046 (H.B. 2094), Sec. 3.01, eff. September 1, 2007.

**What Happens If Police Lose Your Property?**

Police have a responsibility to make sure property and evidence are stored properly and documented carefully. It's important to the criminal case and for liability purposes. When property gets lost or damaged, you may need to file a claim with the department.

During the landmark *Harlow v. Fitzgerald* case in 1982, the Court ruled a plaintiff could overcome qualified immunity by showing the defendant's conduct "violate[d] clearly established statutory or constitutional rights of which a reasonable person would have known." [2]

---

[2] TheFreeDictionary

# TITLE 8. OFFENSES AGAINST PUBLIC ADMINISTRATION

## CHAPTER 37. PERJURY AND OTHER FALSIFICATION

Sec. 37.01.  DEFINITIONS.  In this chapter:

(1)  "Court record" means a decree, judgment, order, subpoena, warrant, minutes, or other document issued by a court of:

(A)  this state;

(B)  another state;

(C)  the United States;

(D)  a foreign country recognized by an act of congress or a treaty or other international convention to which the United States is a party;

(E)  an Indian tribe recognized by the United States;  or

(F)  any other jurisdiction, territory, or protectorate entitled to full faith and credit in this state under the United States Constitution.

(2)  "Governmental record" means:

14

(A)  anything belonging to, received by, or kept by government for information, including a court record;

(B)  anything required by law to be kept by others for information of government;

(C)  a license, certificate, permit, seal, title, letter of patent, or similar document issued by government, by another state, or by the United States;

(D)  a standard proof of motor vehicle liability insurance form described by Section 601.081, Transportation Code, a certificate of an insurance company described by Section 601.083 of that code, a document purporting to be such a form or certificate that is not issued by an insurer authorized to write motor vehicle liability insurance in this state, an electronic submission in a form described by Section 502.046(i), Transportation Code, or an evidence of financial responsibility described by Section 601.053 of that code;

(E)  an official ballot or other election record; or

(F)  the written documentation a mobile food unit is required to obtain under Section 437.0074, Health and Safety Code.

(3)  "Statement" means any representation of fact.

Acts 1973, 63rd Leg., p. 883, ch. 399, Sec. 1, eff. Jan. 1, 1974.  Amended by

Acts 1991, 72nd Leg., ch. 113, Sec. 3, eff. Sept. 1, 1991;  Acts 1993, 73rd

Leg., ch. 900, Sec. 1.01, eff. Sept. 1, 1994;  Acts 1997, 75th Leg., ch. 189,

Sec. 5, eff. May 21, 1997;  Acts 1997, 75th Leg., ch. 823, Sec. 3, eff. Sept. 1,

1997;  Acts 1999, 76th Leg., ch. 659, Sec. 1, eff. Sept. 1, 1999;  Acts 2003,

78th Leg., ch. 393, Sec. 21, eff. Sept. 1, 2003.

Amended by:

    Acts 2007, 80th Leg., R.S., Ch. 1276 (H.B. 3672), Sec. 2, eff.

September 1, 2007.

    Acts 2013, 83rd Leg., R.S., Ch. 161 (S.B. 1093), Sec. 16.004, eff.

September 1, 2013.

    Sec. 37.02.  PERJURY.  (a)  A person commits an offense if, with

intent to deceive and with knowledge of the statement's meaning:

        (1)  he makes a false statement under oath or swears to the

truth of a false statement previously made and the statement is required or

authorized by law to be made under oath;  or

16

(2)  he makes a false unsworn declaration under Chapter 132,

Civil Practice and Remedies Code.

(b)  An offense under this section is a Class A misdemeanor.

Acts 1973, 63rd Leg., p. 883, ch. 399, Sec. 1, eff. Jan. 1, 1974.  Amended by Acts 1993, 73rd Leg., ch. 900, Sec. 1.01, eff. Sept. 1, 1994.

Sec. 37.03.  AGGRAVATED PERJURY.  (a)  A person commits an offense if he commits perjury as defined in Section 37.02, and the false statement:

(1)  is made during or in connection with an official proceeding;  and

(2)  is material.

(b)  An offense under this section is a felony of the third degree.

17

Acts 1973, 63rd Leg., p. 883, ch. 399, Sec. 1, eff. Jan. 1, 1974.  Amended by
Acts 1993, 73rd Leg., ch. 900, Sec. 1.01, eff. Sept. 1, 1994.

Sec. 37.04.  MATERIALITY.  (a)  A statement is material, regardless
of the admissibility of the statement under the rules of evidence, if it could
have affected the course or outcome of the official proceeding.

(b)  It is no defense to prosecution under Section 37.03 (Aggravated
Perjury) that the declarant mistakenly believed the statement to be
immaterial.

(c)  Whether a statement is material in a given factual situation is a
question of law

PENAL CODE

TITLE 7. OFFENSES AGAINST PROPERTY

CHAPTER 29. ROBBERY

Sec. 29.01.  DEFINITIONS.  In this chapter:

(1)  "In the course of committing theft" means conduct that occurs in an attempt to commit, during the commission, or in immediate flight after the attempt or commission of theft.

(2)  "Property" means:

(A)  tangible or intangible personal property including anything severed from land;  or

(B)  a document, including money, that represents or embodies anything of value.

Acts 1973, 63rd Leg., p. 883, ch. 399, Sec. 1, eff. Jan. 1, 1974.  Amended by Acts 1993, 73rd Leg., ch. 900, Sec. 1.01, eff. Sept. 1, 1994.

Sec. 29.02.  ROBBERY.  (a)  A person commits an offense if, in the course of committing theft as defined in Chapter 31 and with intent to obtain or maintain control of the property, he:

    (1)  intentionally, knowingly, or recklessly causes bodily injury to another;  or

    (2)  intentionally or knowingly threatens or places another in fear of imminent bodily injury or death.

(b)  An offense under this section is a felony of the second degree.

Acts 1973, 63rd Leg., p. 883, ch. 399, Sec. 1, eff. Jan. 1, 1974. Amended by Acts 1993, 73rd Leg., ch. 900, Sec. 1.01, eff. Sept. 1, 1994.

Sec. 29.03.  AGGRAVATED ROBBERY.  (a)  A person commits an offense if he commits robbery as defined in Section 29.02, and he:

    (1)  causes serious bodily injury to another;

    (2)  uses or exhibits a deadly weapon;  or

(3)  causes bodily injury to another person or threatens or places another person in fear of imminent bodily injury or death, if the other person is:

(A)  65 years of age or older;  or

(B)  a disabled person.

(b)  An offense under this section is a felony of the first degree.

(c)  In this section, "disabled person" means an individual with a mental, physical, or developmental disability who is substantially unable to protect himself from harm.

Acts 1973, 63rd Leg., p. 883, ch. 399, Sec. 1, eff. Jan. 1, 1974.  Amended by Acts 1989, 71st Leg., ch. 357, Sec. 2, eff. Sept. 1, 1989;  Acts 1993, 73rd Leg., ch. 900, Sec. 1.01, eff. Sept. 1, 1994

Sec. 31.02.  CONSOLIDATION OF THEFT OFFENSES.  Theft as defined in Section 31.03 constitutes a single offense superseding the separate offenses previously known as theft, theft by false pretext, conversion by a bailee, theft from the person, shoplifting, acquisition of property by threat,

21

swindling, swindling by worthless check, embezzlement, extortion, receiving or concealing embezzled property, and receiving or concealing stolen property.

Acts 1973, 63rd Leg., p. 883, ch. 399, Sec. 1, eff. Jan. 1, 1974.  Amended by Acts 1993, 73rd Leg., ch. 900, Sec. 1.01, eff. Sept. 1, 1994.

Sec. 31.03.  THEFT.  (a)  A person commits an offense if he unlawfully appropriates property with intent to deprive the owner of property.

(b)  Appropriation of property is unlawful if:

(1)  it is without the owner's effective consent;

(2)  the property is stolen and the actor appropriates the property knowing it was stolen by another;  or

(3)  property in the custody of any law enforcement agency was explicitly represented by any law enforcement agent to the actor as

being stolen and the actor appropriates the property believing it was stolen by another

a) Except as provided in Subsection (b), a person is justified in using force against another when and to the degree the actor reasonably believes the force is immediately necessary to protect the actor against the other's use or attempted use of unlawful force.   The actor's belief that the force was immediately necessary as described by this subsection is presumed to be reasonable if the actor:

1) knew or had reason to believe that the person against whom the force was used:

(A)  unlawfully and with force entered, or was attempting to enter unlawfully and with force, the actor's occupied habitation, vehicle, or place of business or employment;

23

(B)  unlawfully and with force removed, or was attempting to remove unlawfully and with force, the actor from the actor's habitation, vehicle, or place of business or employment;  or

(C)  was committing or attempting to commit aggravated kidnapping, murder, sexual assault, aggravated sexual assault, robbery, or aggravated robbery;

(2)  did not provoke the person against whom the force was used;  and

(3)  was not otherwise engaged in criminal activity, other than a Class C misdemeanor that is a violation of a law or ordinance regulating traffic at the time the force was us

**Immunity**

Sec. 104.002.  STATE LIABILITY;  CONDUCT COVERED.  (a) Except as provided by Subsection (b), the state is liable for indemnification under this chapter only if the damages are based on an act or omission by the person in the course and scope of the person's office, employment, or

24

contractual performance for or service on behalf of the agency, institution, or department and if:

(1) the damages arise out of a cause of action for negligence, except a wilful or wrongful act or an act of gross negligence; or

(2) the damages arise out of a cause of action for deprivation of a right, privilege, or immunity secured by the constitution or laws of this state or the United States, except when the court in its judgment or the jury in its verdict finds that the person acted in bad faith, with conscious indifference or reckless disregard; or

(3) indemnification is in the interest of the state as determined by the attorney general or his designee.

### Qualified immunity

A public official will receive qualified immunity unless they violated "clearly established law," but this standard has nothing to do with whether the defendant was actually acting in good faith; all that matters is

25

whether the facts in the case are sufficiently similar to the facts of prior decisions.

qualified immunity. This shield of immunity is an objective test designed to protect all but "the plainly incompetent or those who knowingly violate the law."10 Stated differently (but just as comforting to law enforcement officers), officers are not liable for damages "as long as their actions reasonably could have been thought consistent with the rights they are alleged to have violated."11 As protective as the language in these post-*Harlow* cases would suggest qualified immunity is, qualified immunity is not appropriate if a law enforcement officer violates a clearly established constitutional right.

There are exceptions, however. If a law enforcement or judicial official ventures outside the bounds of official duties to instigate or continue a malicious prosecution, the official may be vulnerable to a

26

malicious prosecution suit. For example, a prosecutor who solicits fabricated testimony to present to a grand jury may be sued for malicious prosecution. The prosecutor would receive only limited immunity in this instance because the solicitation of evidence is an administrative function, not a prosecutorial function (*Buckley v. Fitzsimmons*, 509 U.S. 259, 113S. Ct. 2606, 125 L. Ed. 2d 209 [1993]).

There is no immunity for investigations that are administrative duties.

Buckley vs Fitzsimmons

**Allegations**

Officer Blanco observed they appeared to be arguing in the car Michelle exited, Adrian began chasing her ,pushed her down to the ground and they started fighting for an object or black purse.

**Facts of Complaint**

27

In the beginning of March 2022 I separated from Michelle Gilliard after being married about ten years. Between then and the time I was arrested 04/25/2022 she tried to get me to give her either my car or truck, in which refused.From that time she conspired with whomever she could to get a car or truck which she knew she was not entitled to. Officer .Panalechi talked to me 45 minutes one night trying to make me give her the car .Both officers, officer Panalechi and officer Blonco told Michelle if she got keys they would come do civil standby while she drives off in the car or truck.Now two weeks or so before my arrest  I went to Groesbeck police station ,talked to officer Blonco I told him i need a police report generated to PNC my bank because, Michelle took money out my account without my approval, There on the spot without one phone call, no investigation said ,he can' not do it because it was community property.That was the first of three times I went to file  complaint after complaint and Officer Blonco did not attend to his administrative nor investigation duties in these complaints,were he is  not afforded the entitlement of immunities and down range from scope of his duties.Also at that point officer Blonco compromised the integrity of the department by not investigating my complaint which would have armed the department with correct information.Now the next two time  right after my arrest  my complaints were , as I explained you gave her my car now she has

28

taken the truck from my mother in law  and my mother in law said she left my ATM cards in there,  I need my truck to make my appointments,again I was told that's community property he can not do anything about it.A few days later again I tried to file complaint stating michelle has taken all my money out bank and sent both accounts into overdraft again he said its community property cant do a thing about it.Although officer Blonco which *I* did not find out some time later in June,was in contact with michelle He gave her the ok to keep my truck,use my bank account as he assured her it was community property.Officer Blonco, blanco brother,Michelle brother and Michelle all hung out at michelle mother house. I did not find that out until around the same time ,which under oath he denied at motion to suppress hearing he also said on past calls that involved Michelle and i there has been physical violence untrue he stated my keys were community property..December 2017 The Department of Veterans Affairs Retired me with full disability benefits also started receiving Social Security disability benefits,At time Michelle and I married i was at 40 present disability  in 2013,we have never had a joint bank account.Texas is a community property state and with that i have always kept good records as far as separate property the 2012 truck,2016 sentra,2005 harley davidson 1200 as example.On 04/24/2022 i informed Michelle she would have to find her a

place to live,because a car is not a place to live and ill help as much as i see fit ,One thing lead to another we augured,  I told her get her stuff out the  car she refused ,I started the car said was going to police station to have her put out.Now the car had no registrations or insurance for Texas.On the way Michelle said just let her out in church parking lot i pulled in she jump out cursing and  threatening me throwing her stuff all over parking lot. Now things happen exactly as i say but officer Blonco changed it on paper and trimmed the video how he wanted it to portray omitted facts of what happened to what he wanted to happen.I Cannot remember the order it was officer Cardenas,Blonco,Cox,Hensen thought it was more but that was all listed,First thing Blonco told Cardenas to handcuff me sit me in a car I tried to explain ask what were they doing because they were all around Michelle I was in  police car door open listening.Now Blonco walked over to me said we are going in and look at the video and if you had touched her you are going to jail that's it, walked off.Now i had been listening when Michelle told all the officers she snatched my phone and car keys out of the ignition and ran.Officer Blonco came out church told me i was going to jail because i pushed her down,i said that is a lie.He stood me up started going through my pockets took my keys out and one off i asked him what is he doing he didn't say a word but take him to jail.I told him dont give Michelle my car key first

30

it dont have insurance nor is it registered, I was taken to police station for paperwork then on my way to jail i hear radio chatter blanco was telling someone he told Michelle to go where i lived and tell the managers that. he said let Michelle in my place so she could get what she wanted. Officer Cardenas got on radio got clarification and told Blonco michelle is banned we stopped told managers not to let her in, I go from being robbed taking my cell phone my car keys right out of ignition then running on video This case contains all the Elements of a

Malicious Prosecution

( My cell phone and keys1 motorcycle 1 truck had car key2 safe keys about 27,000 worth of property) taken from me on video and I go to jail,this not Texas criminal code or penal code ,This is Blonco code,NowBlonco stands me up fish around in my pockets get my keys takes one off now i am handcuffed i really don't know which key he is taking off because his back is turned to me i just assumed that what he was doing he said nothing to me about it when i bonded out no paper worked on seizure on my property.Not Until 2 days later when i see Michelle driving down center of town without being registered ,no Insurance that is when i knew my 14th amendments rights have been violated,That is the church i attend church members are standing around watching believed i battered my wife.sOn 05/5/2022 seven

days after being in near fatal motorcycle accident not wearing helmet,  in

coma 5 days with traumatic brain injury multi-facial fractures cracked teeth

20 percent vision in right eye road rash lot bruises memory loss loss70

percent mobility 2 hours after released from Scott  and White i was arrested

said i was fighting Michelle when I just could barely stand,I needed special

foods , to be in certain position medication I told every officer Was

handcuffed which put me in considerable pain taken put in holding cell

never was visited by a nurse .When released next morning i was in such pain

I had to stay in bed for 3 days in row.

**County Attorney office**


The Assistant District Attorney never conducted an investigation; she took

the false reports presented to the grand jury to get an indictment ,doing the

motion to suppress hearing she fed officer Blonco questions that allowed

him to commit perjury and that he did,questions on video were speculation

or fabricated. I was also pro se on that case,i did not make any physical

contact with michelle, that was one of the 2 issues that police and district

attorney  based the case on, when she was falling the video zooms all you

can see is my elbows extend,they chopped  deleted parts to follow there

storyline but did not delete Michelle snatching keys out ignition and running

32

constitutes robbery.Michelle did not testify because they also wanted her to continue down same line of falsehood. Lack of probable cause, because the car was not community property,the fact I was being robbed i could have used force to stop the robbery but did not,my property car was seized never returned lost my truck with not being maintained the few months michelle had it motor issues that would not allow it to start.I lost two vehicles behind this arrest.Michelle had a warrant right after this case was filed the assistant county attorney asked and received a countenance because michelle had a warrant which moved the trail from December to January then dismissed.

## Conclusion

The institution or continuation of a civil or criminal legal proceeding against the plaintiff;

By, or abetted by, the defendant (the prosecutor or plaintiff in the malicious action);

Termination of the prior proceeding in favor of the plaintiff (for instance, the case brought by the prosecutor or plaintiff in the malicious action was dismissed);

Absence of probable cause for instituting the prior proceeding;

Malice as the primary purpose for the prior action; and

33

Injury or damage to the plaintiff as a result of the prior action.Of these elements can be proved in my complaint 1 The Grosebeck police and assistant district attorney filed the case it was taken before grand jury 2.The case no.40162 was dismissed 3. Now the lack of probable causeThe district attorney office nor police department investigated the case and ask for continence so person with warrants will maybe pay the warrants of to testify .The car assumed was community property Michelle did not have any legal right to possess and attempted to take from me

Because one officer one County attorney failed to do there job to investigate,and to stay current on Texas codes ,laws and federal codes and law all of them,I Was arrested after being a victim of crime that allowed me to use force, but she tripped then i collected what belonged to me only to be returned to the person who is not entitled to by police.Even if the car was community property i was sole manager of the car by Federal law and community property guidelines.NowI Was arrested dragged in court forced to defend myself,i still believe because of the one arrest I suffer pain because I did not receive medical attention medication,body support.i request the maximum Compensatory damage Emotional pain and punitive also.

## Prayer

I pray this petition will be considered and looked upon favorably but let the

law be the judge.

Respectfully submitted

/s/ Adrian Gilliard

Adrian Gilliard

PO Box 702

Groesbeck Tx 76642

mracgill@gmail.com

P O Box 702 Groesbeck Tx 76642

## Certificate of service

I certify that a copy of this document was delivered to the Office of the District Attorney Groesbeck, Texas 76642 on this _____ day of _____ January _____. 2023.

3

No. 40162

| THE STATE OF TEXAS | ★ | IN THE COUNTY COURT |
| VS. | ★ | OF |
| ADRIAN COTTRELL GILLIARD | ★ | LIMESTONE COUNTY, TEXAS |

## MOTION TO DISMISS

OFFENSE:  22.01(A)(1)PC, ASSAULT CAUSES BODILY INJURY FAMILY MEMBER

Now comes the County Attorney on this the 6th day of December, 2022 and asks the Court to dismiss the above entitled and numbered Criminal Action, for the following reasons, to-wit: Successful prosecution unlikely.

_____
LIMESTONE COUNTY ATTORNEY / ASSISTANT

## ORDER

On this the 6th day of December, 2022, came on to be heard the written statement and motion of the State's Attorney, filed herein asking permission of the Court to dismiss this Criminal Action for the following reasons, to-wit: Successful prosecution unlikely.

Which having been heard by the County, the Court is satisfied that the reasons so stated are good and sufficient to authorize such dismissal.

IT IS THEREFORE CONSIDERED, ORDERED, AND ADJUDGED that his Criminal Actions be the same is Dismissed, and the Defendant Adrian Cottrell Gilliard be discharged.

Signed  on this the 6th day of December, 2022.

## FILED FOR RECORD

### DEC 07 2022

_Kerrie Cobb_,COUNTY CLERK
LIMESTONE COUNTY, TEXAS

_____
JUDGE PRESIDING

Ms. Tobin,

I would like to let you to know what I've relayed to Ms. Sloan in regards to my wishes dealing with the case against my ex husband Adrian Gilliard as well as what happened the day of his arrest for assault family violence.

I feel like my wishes should be taken into consideration like a victim impact statement would be. I do not want a jail sentence to be given to Adrian. I believe he has been through enough since that day and has a long road to recovery to go. I believe he would benefit from maybe an anger management or conflict resolution classes. We are no longer married and were toxic for each other in an intimate relationship and we both had our faults in our marriage .

Now as for the day the state picked up charges for assault. We had been having our problems and I was living out of the Nissan Sentara that was in his name . A few weeks prior to that day Officer Panalechi and Detective Blanco had both told me that if I could gain access to the keys to either one of the vehicles I could take possession of them. Panalechi even went as far as to tell me he would do basically a civil stand by to help me get into the vehicle without Adrian retaliating. So on the day of the arrest I have been staying in the car and we got into a disagreement and he was trying to put me out of the car with all my stuff we ended up at the church of Christ across the street from the courthouse and I gained access to half of the key that was in the ignition and took off running up towards the church. After Adrian was in the back of the police car I gained access to his phone because it was laying on the ground close to my purse. The car was not registered and the police knew it wasn't registered and yet they still let me take off in the car they handed me the keys matter of fact and when I called and asked Detective Blanco if I could get the keys to the truck since the car wasn't registered he told me I would have to get the people at the motel for Adrian is staying to let me in the room to get the keys to the truck.

Please taking into consideration my wishes as I'm the victim supposed victim of the assault case you have against Adrian. And if you have any further questions I left my contact info at the bottom of.

Sincerely,
Michelle Gilliard

████████████

chellgilliard69@gmail.com

## Attachment 7 - Civil Cover Sheet & Instruction

JS 44 (Rev. 06/17)  **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Adrian C Gilliard | Hudson Blooper Collen |

| (b) County of Residence of First Listed Plaintiff Limestone | County of Residence of First Listed Defendant |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |
| | NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |

| (c) Attorneys *(Firm Name, Address, and Telephone Number)* Pro Se  P.O Box 702  Groesbeck Tx 76642 | Attorneys *(If Known)* Cooliden walker |
|---|---|

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

☐ 1  U.S. Government Plaintiff
☒ 3  Federal Question *(U.S. Government Not a Party)*

☐ 2  U.S. Government Defendant
☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*  Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & | ☐ 367 Health Care/ Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| (Excludes Veterans) | ☐ 345 Marine Product Liability | Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☒ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☒ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*

Brief description of cause: Defendant Henson Black Collen

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.  DEMAND $ ____  CHECK YES only if demanded in complaint:  JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY**  *(See instructions):*  JUDGE ____  DOCKET NUMBER ____

DATE ____  SIGNATURE OF ATTORNEY OF RECORD ____

FOR OFFICE USE ONLY

RECEIPT # ____  AMOUNT ____  APPLYING IFP ____  JUDGE ____  MAG. JUDGE ____

PRESS FIRMLY TO SEAL

**UNITED STATES POSTAL SERVICE ®**

**PRIORITY MAIL ®**

# FLAT RATE ENVELOPE
**ONE RATE ■ ANY WEIGHT**

- Expected delivery date specified for domestic use.
- Domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

EXPECTED DELIVERY DAY: 01/19/23

USPS TRACKING® #

2020
9 1/2

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP



RECEIVED
JAN 20 2023
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY
DEPUTY CLERK

FROM:
Adrian Clifford
P O Box 702
Groesbeck TX 76642

TO:
Western District Clerk
800 Franklin Ave Rm 380
Waco TX 76701






RDC 05
76701

GROESBECK, TX
76642
JAN 17 23
AMOUNT
$9.90
R2304M112498-9